17-32452

Dear Your Honor

I James O. Hull wasn't able to pay 156.00, because I haven't recieve my check yet this month. I learn I won't get it until the Feb 2 secounth, and again on the 3rd of the month I will be able to pay the monies then on the 3rd on the month and also the Feb payment too, thank you for listening to me about my situation.

James O. Hull    1/22/18

856-503-8516

