Official Form 420A (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court
_____ District of _____

U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ

2018 MAR 19 P 3:29

JEANNE A. NAUGHTON

BY: _KR_ CLERK

In re

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Debtor: James Oliver Hull

Address: 1340 S. Orchard Rd
Vineland, N.J. 08360

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): ▓▓▓▓

Employer's Tax Identification (EIN) No(s).(if any): _____

Case No: 17-32452-JNP

Chapter 13

## NOTICE OF [MOTION TO ] [OBJECTION TO ] CLAIM 3-1  32,643.22

James Oliver Hull has filed papers with the court to [relief sought in motion or objection].

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], then on or before _(date)_, you or your attorney must:

✓ [File with the court a written request for a hearing {*or, if the court requires a written response*, an answer, explaining your position} at:

{address of the bankruptcy clerk's office}

If you mail your {request}{response} to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

{movant's attorney's name and address}

{names and addresses of others to be served}]

[Attend the hearing scheduled to be held on _(date)_, _(year)_, at ____ a.m./p.m. in Courtroom____, United States Bankruptcy Court, {address}.]

[Other steps required to oppose a motion or objection under local rule or court order.]

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 3/19/18

Signature: _James O. Hull_
Name: James Oliver Hull
Address: 3/19/18

James Oliver Hull

Notice of Motion/Objection

19 March 2018

17-32452-JNP

U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ

2018 MAR 19  P 3: 29

JEANNE A. NAUGHTON
KA
BY:
DEPUTY CLERK

I am objecting to paying the Global Lending Objection. I am also asking to reinstate the amount of 20,474 dollars as agreed upon previously. The amount will allow me to pay my bill due to them. I understand that the bankruptcy law only applies 5 percent which is all I am asking.

Sincerely yours,

James O. Hull

**SUPDIS**

# U.S. Bankruptcy Court
## District of New Jersey (Camden)
### Bankruptcy Petition #: 17-32452-JNP

*Date filed:* 11/06/2017
*341 meeting:* 01/25/2018
*Deadline for filing claims:* 03/07/2018

*Assigned to:* Judge Jerrold N. Poslusny Jr.
Chapter 13
Voluntary
Asset

*Debtor*
**James Oliver Hull**
1340 S. Orchard Road
Vineland, NJ 08360
CUMBERLAND-NJ
SSN / ITIN: xxx-xx-8843

represented by **James Oliver Hull**
PRO SE

*Trustee*
**Isabel C. Balboa**
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

represented by **Isabel C. Balboa**
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002
(856) 663-5002
Email: ecfmail@standingtrustee.com

*U.S. Trustee*
**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
(973) 645-3014

| Filing Date | # | Docket Text |
|---|---|---|
| 11/06/2017 | 1 | Chapter 13 Voluntary Petition Filed by James Oliver Hull . Declaration About an Individuals Schedules.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (122C-1).Chapter 13 Calculation of Your Disposable Income (122C-2), If Applicable. Chapter 13 Plan. Schedule(s)A/B,C,D,E/F.G.H.I.J.Statement of Financial Affairs for Individuals .Summary of Your Assets and Liabilities and Certain Statistical Information for Individuals . Incomplete Filings due by 11/20/2017. (lgr) |

| | | |
|---|---|---|
| | | Additional attachment(s) added on 11/6/2017 (jpp). (Entered: 11/06/2017) |
| 11/06/2017 | 🔵 | Receipt of First Installment Payment -- Fee Amount $ 78.00, Receipt Number 424151. Fee received from James O Hull (Balance Due $232.00) (lgr) (Entered: 11/06/2017) |
| 11/06/2017 | 🔵 3 | Photo ID of pro se debtor filed. (eag) (Entered: 11/07/2017) |
| 11/06/2017 | 🔵 4 | Certificate of Credit Counseling filed by James Oliver Hull. (eag) (Entered: 11/07/2017) |
| 11/06/2017 | 🔵 5 | Statement of Social Security filed by James Oliver Hull . (eag) (Entered: 11/07/2017) |
| 11/06/2017 | 🔵 6 | Application and Order to Pay Filing Fees In Installments. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/6/2017. First Installment Payment of $78.00 was paid with the filing of Petition. Second Installment Payment of $78.00 is due by 12/6/2017. Third Installment Payment of $78.00 is due by 1/6/2018. Final Installment Payment of $76.00 is due by 2/6/2018. (eag) (Entered: 11/07/2017) |
| 11/06/2017 | 🔵 7 | Order to Show Cause Why Case Should Not be Dismissed for re: Failure to File Missing Documents. Missing Documents: Summary of Assets/Liabilities and Stat Info, Declaration About An Individuals Scheds, Statement of Financial Affairs For Individuals, Statement of Your Current Monthly Income & Calc of Commitment Period(122C-1), Calculation of Your Disposable Income (122C-2) - If Applicable, Ch. 13 Plan and Motions and Schedules A/B,C,D,E/F,G,H,I and J. If an objection is filed a hearing will be held on: November 28, 2017 at 10:00 AM Courtroom 4C. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/6/2017. Objection to Order to Show Cause due by 11/20/2017. (eag) (Entered: 11/07/2017) |
| 11/07/2017 | 🔵 2 | Meeting of Creditors and Notice of Appointment of Trustee Isabel C. Balboa, with 341(a) meeting to be held on 12/07/2017 at 10:00 AM at Cherry Hill Chapter 13 (Camden).Complaint to determine dischargeability of certain debts deadline: 02/05/2018. Proof of claim due by 03/07/2018. (Entered: 11/07/2017) |
| 11/07/2017 | 🔵 | Clerk's Evidence of Previous Dismissal. 11 U.S.C. section 362(c)(3). The Debtor had one case pending within the preceding one year period but was dismissed. See case 16-15532. (mrm) (Entered: 11/07/2017) |
| 11/09/2017 | 🔵 8 | Notice and Order to Pay Trustee No. of Notices: 1. Notice Date 11/09/2017. (Admin.) (Entered: 11/10/2017) |
| 11/09/2017 | 🔵 9 | BNC Certificate of Notice - Meeting of Creditors. No. of Notices: 14. Notice Date 11/09/2017. (Admin.) (Entered: 11/10/2017) |

| 11/09/2017 | ◎ 10 | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 11/09/2017. (Admin.) (Entered: 11/10/2017) |
|---|---|---|
| 11/09/2017 | ◎ 11 | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 11/09/2017. (Admin.) (Entered: 11/10/2017) |
| 11/21/2017 | ◎ 12 | Order Dismissing Case for Debtor (related document:7 Show Cause). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/21/2017. (cmf) (Entered: 11/21/2017) |
| 11/23/2017 | ◎ 13 | BNC Certificate of Notice - Order Dismissing Case. No. of Notices: 15. Notice Date 11/23/2017. (Admin.) (Entered: 11/24/2017) |
| 11/23/2017 | ◎ 14 | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 11/23/2017. (Admin.) (Entered: 11/24/2017) |
| 11/27/2017 | ◎ 15 | Chapter 13 Plan, Motions Included: None. Filed by James Oliver Hull. (eag) (Entered: 11/27/2017) |
| 11/27/2017 | ◎ 16 | Motion to Reinstate Case Filed by James Oliver Hull. Hearing scheduled for 12/19/2017 at 10:00 AM at JNP - Courtroom 4C, Camden. (Attachments: # 1 Certification # 2 Statement as to Why No Brief is Necessary # 3 Certificate of Service) (cmf) (Entered: 11/28/2017) |
| 11/27/2017 | ◎ 18 | Missing Document(s): Calculation of Your Disposable Income(122C-2), Declaration About An Individuals Scheds, Statement of Financial Affairs For Individuals, Statement of Your Current Monthly Income & Calc of Commitment Period(122C-1), Summary of Assets/Liabilities and Stat Info and Schedules A/B,C,D,E/F,G,H,I and J filed by James Oliver Hull. (eag) (Entered: 11/29/2017) |
| 11/28/2017 | ◎ 17 | Notice of Hearing for: Motion to Reinstate Case. (related document:16 Motion to Reinstate Case Filed by James Oliver Hull. Hearing scheduled for 12/19/2017 at 10:00 AM at JNP - Courtroom 4C, Camden. (Attachments: # 1 Certification # 2 Statement as to Why No Brief is Necessary # 3 Certificate of Service) (cmf) filed by Debtor James Oliver Hull). The following parties were served: Debtor, Trustee, and US Trustee. (cmf) (Entered: 11/28/2017) |
| 11/30/2017 | ◎ 19 | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 11/30/2017. (Admin.) (Entered: 12/01/2017) |
| 12/19/2017 | ◎ 20 | Certification of Completion of Instructional Course Concerning Financial Management (Official Form 423) Filed by James Oliver Hull. (eag) (Entered: 12/19/2017) |
| 12/19/2017 | ◎ | Minute of 12/19/2017, OUTCOME - Granted, Order Signed (related document(s): 16 Motion to Reinstate Case filed by James Oliver Hull) (dac) (Entered: 12/19/2017) |

| | | |
|---|---|---|
| 12/19/2017 | ◎ 21 | Order Granting Motion To Reinstate Case (Related Doc # 16). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/19/2017. (cmf) (Entered: 12/20/2017) |
| 12/20/2017 | ◎ 22 | General Notice. Event docketed: NOTICE OF ORDER OF REINSTATEMENT OF CASE. (related document:21 Order Granting Motion To Reinstate Case (Related Doc 16). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/19/2017. (cmf)). (cmf) (Entered: 12/20/2017) |
| 12/21/2017 | ◎ 23 | Confirmation Hearing Scheduled (related document:15 Chapter 13 Plan, Motions Included: None. Filed by James Oliver Hull. (eag)). Confirmation hearing to be held on 2/7/2018 at 10:00 AM at JNP - Courtroom 4C, Camden. Last day to Object to Confirmation 1/31/2018. (eag) (Entered: 12/21/2017) |
| 12/22/2017 | ◎ 24 | BNC Certificate of Notice. No. of Notices: 19. Notice Date 12/22/2017. (Admin.) (Entered: 12/23/2017) |
| 12/22/2017 | ◎ 25 | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 12/22/2017. (Admin.) (Entered: 12/23/2017) |
| 12/23/2017 | ◎ 26 | BNC Certificate of Notice - Chapter 13 Confirmation Hearing No. of Notices: 19. Notice Date 12/23/2017. (Admin.) (Entered: 12/24/2017) |
| 12/23/2017 | ◎ 27 | BNC Certificate of Notice - Chapter 13 Plan No. of Notices: 19. Notice Date 12/23/2017. (Admin.) (Entered: 12/24/2017) |
| 12/28/2017 | ◎ 28 | Objection to Confirmation of Plan (related document:15 Chapter 13 Plan, Motions Included: None. Filed by James Oliver Hull. (eag) filed by Debtor James Oliver Hull) filed by Denise E. Carlon on behalf of Global Lending Services LLC. (Attachments: # 1 Filed Proof of Claim # 2 Chapter 13 Plan # 3 Certificate of Service) (Carlon, Denise) (Entered: 12/28/2017) |
| 01/02/2018 | ◎ 29 | Notice of Appearance and Request for Service of Notice filed by Rebecca Ann Solarz on behalf of Global Lending Services LLC. (Solarz, Rebecca) (Entered: 01/02/2018) |
| 01/08/2018 | ◎ 30 | Order to Show Cause Why Case Should Not be Dismissed for re: Failure to Pay Installment or Miscellaneous Fees. Second Installment Payment of $78.00 is due by 12/6/2017. Third Installment Payment of $78.00 is due by 1/6/2018. If an objection is filed a hearing will be held on: 1/30/2018 at 10:00 am Courtroom 4C. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/8/2018. Objection to Order to Show Cause due by 1/22/2018. (cmf) (Entered: 01/08/2018) |
| 01/10/2018 | ◎ | Statement Adjourning 341(a) Meeting of Creditors (related document:2 Auto Assignment Meeting of Creditors - Add Trustee; Chapter 13) filed by |

| | | |
|---|---|---|
| | | Isabel C. Balboa. 341(a) Meeting Continued to 1/25/2018 at 02:00 PM at Cherry Hill Chapter 13 (Camden). (Balboa, Isabel) (Entered: 01/10/2018) |
| 01/10/2018 | 🌑 31 | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 01/10/2018. (Admin.) (Entered: 01/11/2018) |
| 01/22/2018 | 🌑 32 | Modified Chapter 13 Plan - Before Confirmation. Filed by James Oliver Hull. (eag) (Entered: 01/22/2018) |
| 01/22/2018 | 🌑 33 | Objection to Order to Show Cause Why Case Should Not be Dismissed for re: Failure to Pay Installment or Miscellaneous Fees (related document:30 Order to Show Cause Why Case Should Not be Dismissed for re: Failure to Pay Installment or Miscellaneous Fees. Second Installment Payment of $78.00 is due by 12/6/2017. Third Installment Payment of $78.00 is due by 1/6/2018. If an objection is filed a hearing will be held on: 1/30/2018 at 10:00 am Courtroom 4C. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/8/2018. Objection to Order to Show Cause due by 1/22/2018. (cmf)) filed by James Oliver Hull. (eag) (Entered: 01/22/2018) |
| 01/24/2018 | 🌑 34 | BNC Certificate of Notice - Chapter 13 Plan No. of Notices: 20. Notice Date 01/24/2018. (Admin.) (Entered: 01/25/2018) |
| 02/02/2018 | 🌑 | Receipt of Second Installment Payment -- Fee Amount $ 78.00, Receipt Number 424695. Fee received from James Hull. (Balance of $154.00) (eag) (Entered: 02/02/2018) |
| 02/02/2018 | 🌑 | Receipt of Third Installment Payment -- Fee Amount $ 78.00, Receipt Number 424695. Fee received from James Hull. (Balance of $76.00) (eag) (Entered: 02/02/2018) |
| 02/07/2018 | 🌑 35 | Order to Show Cause Why Case Should Not be Dismissed for re: Failure to Pay Installment or Miscellaneous Fees. Final Installment Payment of $76.00 is due by 2/6/2018. If an objection is filed a hearing will be held on: 3/6/2018 at 10:00 am Courtroom 4C. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/7/2018. Objection to Order to Show Cause due by 2/21/2018. (cmf) (Entered: 02/07/2018) |
| 02/07/2018 | 🌑 | Receipt of Final Installment Payment -- Fee Amount $78.00 ($76.00 final installment payment and $2.00 Overpayment), Receipt Number 424723. Fee received from James Oliver Hull. (dmb) (Entered: 02/07/2018) |
| 02/07/2018 | 🌑 | Confirmation Hearing Rescheduled (related document(s): 32 Modification of Chapter 13 Plan and Motions - Before Confirmation filed by James Oliver Hull) Confirmation hearing to be held on 03/21/2018 at 10:00 AM at JNP - Courtroom 4C, Camden. (dac) (Entered: 02/07/2018) |
| 02/09/2018 | 🌑 36 | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 02/09/2018. (Admin.) (Entered: 02/10/2018) |

| 02/21/2018 | ○ 37 | Motion to Extend Time For Other Reason re:to Pay Filing Fee Filed by James Oliver Hull. Hearing scheduled for 3/6/2018 at 10:00 AM at JNP - Courtroom 4C, Camden. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Certification) (cmf) (Entered: 02/21/2018) |
| --- | --- | --- |
| 03/06/2018 | ○ | Minute of 3/6/2018, OUTCOME - Motion moot. Fee paid 2/7/18. (related document(s): 37 Motion to Extend Time filed by James Oliver Hull) (dac) (Entered: 03/06/2018) |