UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:    : Case No.: 17-32452
James Oliver Hull    : Adv. No.:
    : Judge: JNP
Debtor (s),    : Chapter: 13

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Motion Objecting to Proof of Claim

**Location of Hearing:** Courtroom No. 4C
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101

**Date and Time:** 4/24/2018 at 10:00 am,
or as soon thereafter as counsel may be heard.

**Please note that the movant must timely serve a copy of the motion/application on all relevant parties, including the trustee, advising them of the hearing date and time listed above. The movant must also file a certificate of service with the court stating that all parties were served and advised of the hearing date and time. Also note that the movant must attend the hearing or the motion may be denied. If you have any questions, please contact Chris Fowler at 856-361-2315.**

DATED: 3/19/2018    JEANNE A. NAUGHTON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on March 19, 20 18 the foregoing notice was served on the following:

debtor, trustee

JEANNE A. NAUGHTON, Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
James Oliver Hull  
    Debtor

Case No. 17-32452-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Mar 19, 2018  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2018.  
db         +James Oliver Hull,    1340 S. Orchard Road,    Vineland, NJ 08360-6240

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2018 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    Global Lending Services LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Rebecca Ann Solarz    on behalf of Creditor    Global Lending Services LLC rsolarz@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                           TOTAL: 5