Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−32452−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Oliver Hull
   1340 S. Orchard Road
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−8843

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/29/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 29, 2018
JAN: cmf

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                      Case No. 17-32452-JNP
James Oliver Hull                                           Chapter 13
      Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Mar 29, 2018
                              Form ID: 148             Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2018.
db             +James Oliver Hull,   1340 S. Orchard Road,   Vineland, NJ 08360-6240
517162378      +Collections and Recovery,   PO Box 35,   201 Tilton Rd,   Northfield NJ 08225-1247
517162382       Diversified Consultants Inc,   PO Box 1391,   Southgate MI 48195-0391
517162388      +Endurance,   400 Skokie Blvd Suite 105,   Northbrook IL 60062-7937
517162373       Farmer’s,   Foremost Insurance Company,   PO Box 31029,   Independence OH 44131-0029
517241003      +Global Lending Services LLC,   1200 Brookfield Blvd Ste 300,
                 Greenville, South Carolina 29607-6583
517162384       Liberty Mutual Insurance,   P.O. Box 7500,   Dover NH 03821-7500
517162369       Life Protect 24/7,   3509 Virginia Beach Boulevard,   Virginia Beach VA 23452-4421
517162385      +Millville Int and Specialty Med,   608 N. High St Unit B,   Millville, NJ 08332-3025
517162370       North Shore Agency,   The Bradford Exchange,   PO Box 836,   Morton Grove IL 60053-0836
517162379      +Omnisure Group LLC,   205 W. Wacker Drive 15th Floor,   Chicago IL 60606-1443
517162381       Spot Loan,   914 Chief Little Shell ST. NE,   Bel Court ND 58316
517162374      +T-Mobile,   Amsher Collection Services Inc,   4524 Southlake Parkway Suite 15,
                 Birmingham AL 35244-3271
517162371       The Inquirer,   Retention Center,   PO Box 13718,   Philadelphia PA 19101-3718
517162383       Verizon Agency,   PO Box 551268,   Jacksonville FL 32255-1268
517183669      +Vipin K. Gupta, MD,   Collections and Recoveries,   PO Box 35,   Northfield, NJ 08225-0035
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 30 2018 02:40:52     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 30 2018 02:40:49     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517162372       EDI: CONVERGENT.COM Mar 30 2018 06:24:00     Convergent Outsourcing Inc,   PO Box 9004,
                 Renton WA 98057-9004
517162376       EDI: RCSFNBMARIN.COM Mar 30 2018 06:23:00     Credit One Bank,   PO Box 60500,
                 City of Industry CA 91716-0500
517162375       EDI: BLUESTEM Mar 30 2018 06:24:00     Fingerhut,   PO Box 166,   Newark NJ 07101*-0166
517162380       EDI: GLS.COM Mar 30 2018 06:23:00     Global Lending Services,   PO Box 10437,
                 Greenville, S.C. 29063
517162377       EDI: AMINFOFP.COM Mar 30 2018 06:23:00     Premier Bank,   PO Box 5519,
                 Sioux Falls SD 57117-5519
517282205      +EDI: JEFFERSONCAP.COM Mar 30 2018 06:23:00     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517185896      +EDI: AIS.COM Mar 30 2018 06:23:00     T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517162386      +EDI: USAA.COM Mar 30 2018 06:23:00     USAA,   9800 Fredericksburg Rd,
                 San Antonio TX 78288-0002
517162387       EDI: VERIZONCOMB.COM Mar 30 2018 06:24:00     Verizon,   PO Box 920041,
                 Dallas, TX   75392-0041
517264039      +EDI: AIS.COM Mar 30 2018 06:23:00     Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 29, 2018
                              Form ID: 148             Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2018 at the address(es) listed below:
           Denise E. Carlon    on behalf of Creditor    Global Lending Services LLC dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
            summarymail@standingtrustee.com
           Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
           Rebecca Ann Solarz    on behalf of Creditor    Global Lending Services LLC rsolarz@kmllawgroup.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                 TOTAL: 5