Form ntcrics – ntcreincsv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

              Case No.: 17−32452−JNP
              Chapter: 13
              Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 James Oliver Hull
 1340 S. Orchard Road
 Vineland, NJ 08360

Social Security No.:
 xxx−xx−8843

Employer's Tax I.D. No.:

---

**NOTICE OF ENTRY OF ORDER REINSTATING CASE**

 Notice is hereby given that the above captioned case which was dismissed on 3/29/18 has been reinstated by Order dated 5/1/18. The order may create new deadlines for the filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the confirmation hearing if this is a chapter 13 case.

 The Order may be viewed at any District of New Jersey Bankruptcy Clerk's office, and is available for download at www.pacer.gov.

Dated: May 1, 2018
JAN: cmf

                       Jeanne Naughton
                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 17-32452-JNP
James Oliver Hull                                                              Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                Page 1 of 2                  Date Rcvd: May 01, 2018
                               Form ID: ntcrics           Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2018.
```
db            +James Oliver Hull,    1340 S. Orchard Road,     Vineland, NJ  08360-6240
517162378     +Collections and Recovery,    PO Box 35,    201 Tilton Rd,    Northfield NJ 08225-1247
517162372      Convergent Outsourcing Inc,    PO Box 9004,    Renton WA 98057-9004
517162382      Diversified Consultants Inc,    PO Box 1391,    Southgate MI 48195-0391
517162388     +Endurance,    400 Skokie Blvd Suite 105,    Northbrook IL 60062-7937
517162373      Farmer's,    Foremost Insurance Company,    PO Box 31029,    Independence OH 44131-0029
517162380    ++GLOBAL LENDING SERVICES LLC,    C O RESURGENT CAPITAL SERVICES,     55 BEATTIE PLACE,    STE 110,
                GREENVILLE SC 29601-5115
              (address filed with court:  Global Lending Services,     PO Box 10437,    Greenville, S.C. 29063)
517241003     +Global Lending Services LLC,    1200 Brookfield Blvd Ste 300,
                Greenville, South Carolina 29607-6583
517162384      Liberty Mutual Insurance,    P.O. Box 7500,    Dover NH 03821-7500
517162369      Life Protect 24/7,    3509 Virginia Beach Boulevard,    Virginia Beach VA 23452-4421
517162385     +Millville Int and Specialty Med,    608 N. High St Unit B,    Millville, NJ 08332-3025
517162370      North Shore Agency,    The Bradford Exchange,    PO Box 836,    Morton Grove IL 60053-0836
517162379     +Omnisure Group LLC,    205 W. Wacker Drive 15th Floor,    Chicago IL 60606-1443
517162377      Premier Bank,    PO Box 5519,    Sioux Falls SD 57117-5519
517162381      Spot Loan,    914 Chief Little Shell ST. NE,    Bel Court ND 58316
517162374     +T-Mobile,    Amsher Collection Services Inc,    4524 Southlake Parkway Suite 15,
                Birmingham AL 35244-3271
517162371      The Inquirer,    Retention Center,    PO Box 13718,    Philadelphia PA 19101-3718
517162386     +USAA,    9800 Fredericksburg Rd,    San Antonio TX 78288-0002
517162383      Verizon Agency,    PO Box 551268,    Jacksonville FL 32255-1268
517183669     +Vipin K. Gupta, MD,    Collections and Recoveries,    PO Box 35,    Northfield, NJ 08225-0035
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 02 2018 00:15:13     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 02 2018 00:15:10     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517162376      E-mail/PDF: creditonebknotifications@resurgent.com May 02 2018 00:17:59     Credit One Bank,
                 PO Box 60500,    City of Industry CA 91716-0500
517162375      E-mail/Text: bnc-bluestem@quantum3group.com May 02 2018 00:15:49     Fingerhut,    PO Box 166,
                 Newark NJ 07101*-0166
517282205     +E-mail/Text: JCAP_BNC_Notices@jcap.com May 02 2018 00:15:27     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517185896     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 02 2018 00:18:28     T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517162387      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 02 2018 00:14:20
                 Verizon,    PO Box 920041,    Dallas, TX  75392-0041
517264039     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 02 2018 00:17:39     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                                TOTAL: 8
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517162387      ##Verizon,    PO Box 920041,    Dallas, TX  75392-0041
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2018                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 01, 2018
                              Form ID: ntcrics         Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Global Lending Services LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Global Lending Services LLC rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```